| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF VIRGINIA | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Bridge Communications LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  **31-1654938**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7501 Dunquin Ct.** **Clifton, VA 20124** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfax** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **http://newswatchtv.com/**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Bridge Communications LLC**_____  Case number (*if known*)_____
          Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5121____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Bridge Communications LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Bridge Communications LLC** _____ Case number (*if known*) _____
     Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Bridge Communications LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 23, 2023**
              MM / DD / YYYY

**X** **/s/ Edward Tropeano**                                    **Edward Tropeano**
Signature of authorized representative of debtor                 Printed name

Title   **Owner**

**18. Signature of attorney**

**X** **/s/ Ashvin Pandurangi, Esq.**                            Date **March 23, 2023**
Signature of attorney for debtor                                 MM / DD / YYYY

**Ashvin Pandurangi, Esq. 86966**
Printed name

**Vivona Pandurangi, PLC**
Firm name

**211 Park Ave.**
**Falls Church, VA 22046**
Number, Street, City, State & ZIP Code

Contact phone  **5719696540**   Email address  **ashvinp@vpbklaw.com**

**86966 VA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bridge Communications LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMC<br>11 Penn Plaza<br>15th Floor<br>New York, NY 10001 | | | | | | $12,750.00 |
| Amex<br>PO Box 981540<br>El Paso, TX 79998 | | credit card | | | | $19,073.00 |
| Amex<br>PO Box 981540<br>El Paso, TX 79998 | | credit card | | | | $2,060.00 |
| Capital One Bank<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | | credit card | | | | $30,427.00 |
| Capytal/NewCo Capital<br>90 Broad St.<br>New York, NY 10004 | abraham@bblawpllc.com | | | $36,250.00 | $0.00 | $36,250.00 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850 | | credit card | | | | $49,900.00 |
| Liquidbee 1 LLC<br>295 Madison Ave.<br>FL 22<br>New York, NY 10017 | ebrown@merelcorp.com | | | $32,500.00 | $0.00 | $32,500.00 |
| OnDeck Capital Inc.<br>4700 W. Daybreak Pkwy<br>Suite 200<br>South Jordan, UT 84009 | TGray@ondeck.com | | | $85,800.00 | $0.00 | $85,800.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Bridge Communications LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapid Finance**  4500 East West Highway  6th Floor  Bethesda, MD 20814 | arringtonanderson@rapidfinance.com | | | $61,490.00 | $0.00 | $61,490.00 |
| **Small Business Administration**  14925 Kingsport Rd.  Fort Worth, TX 76155 | | | | $125,000.00 | $0.00 | $125,000.00 |
| **Stripe Inc.**  510 Townsend St.  San Francisco, CA 94103 | | | | | | $109,800.00 |
| **Swift Financia/Loanbuilder**  Attn: Bankruptcy  3505 Silverside Rd.  Wilmington, DE 19810 | | | | | | $100,000.00 |
| **Swift Financia/Loanbuilder**  Attn: Bankruptcy  3505 Silverside Rd.  Wilmington, DE 19810 | | | | | | $49,327.00 |
| **The Fundworks LLC**  5990 Sepulveda Blvd.  Suite 310  Van Nuys, CA 91411 | evan@thefundworks.com | | | $155,000.00 | $0.00 | $155,000.00 |
| **Third Gould LLC**  14401 Sweitzer Lane  2nd Floor  Laurel, MD 20707 | | | | | | $52,400.00 |
| **Truist Bank**  PO Box 580340  Charlotte, NC 28258 | | **Business loan** | | | | $37,907.00 |
| **Truist Bank**  PO Box 580340  Charlotte, NC 28258 | | **credit card** | | | | $31,453.00 |
| **VitalCap Fund**  48 Wall St., 10th Floor  New York, NY 10005 | sol@landklegal.com | | | $32,000.00 | $0.00 | $32,000.00 |

Debtor **Bridge Communications LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wilmington Savings Fund 500 Delaware Avenue. Wilmington, DE 19801** | **AndersonN@ballardspahr.com** | | | **$320,425.00** | **$0.00** | **$320,425.00** |
| **Wilmington Savings Fund 500 Delaware Avenue. Wilmington, DE 19801** | **AndersonN@ballardspahr.com** | | | **$220,000.00** | **$0.00** | **$220,000.00** |

```
Abraham Smith
Berkovitch & Bouskila PLLC
1545 Route 202, Suite 101
Pomona, NY 10970


AMC
11 Penn Plaza
15th Floor
New York, NY 10001


Amex
PO Box 981540
El Paso, TX 79998


Ballard Spahr LLP
1909 K St NW
12th Floor
Washington, DC 20006


Capital One Bank
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Capytal/NewCo Capital
90 Broad St.
New York, NY 10004


Chase Card Services
PO Box 15298
Wilmington, DE 19850


Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703


IRS
Centralized Insolvency Op
PO Box 7346
Philadelphia, PA 19101


Liberman and Klestzick LLP
71 S. Central Ave.
Valley Stream, NY 11580
```

```
Liquidbee 1 LLC
295 Madison Ave.
FL 22
New York, NY 10017


Merel Corp.
111 John Street
Suite 1210
New York, NY 10038


Nielsen
675 6th Street
New York, NY 10011


OnDeck Capital Inc.
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009


Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Stripe Inc.
510 Townsend St.
San Francisco, CA 94103


Swift Financia/Loanbuilder
Attn: Bankruptcy
3505 Silverside Rd.
Wilmington, DE 19810


The Fundworks LLC
5990 Sepulveda Blvd.
Suite 310
Van Nuys, CA 91411


Third Gould LLC
14401 Sweitzer Lane
2nd Floor
Laurel, MD 20707
```

```
Truist Bank
PO Box 580340
Charlotte, NC 28258


VitalCap Fund
48 Wall St., 10th Floor
New York, NY 10005


Wilmington Savings Fund
500 Delaware Avenue.
Wilmington, DE 19801
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Bridge Communications LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bridge Communications LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 23, 2023**
Date

**/s/ Ashvin Pandurangi, Esq.**
**Ashvin Pandurangi, Esq. 86966**
Signature of Attorney or Litigant
Counsel for **Bridge Communications LLC**
**Vivona Pandurangi, PLC**
**211 Park Ave.**
**Falls Church, VA 22046**
**5719696540 Fax:5719696540**
**ashvinp@vpbklaw.com**